**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-7503**

WILSON O. ROGERS, III,

                                    Plaintiff - Appellant,

        versus

SUPERINTENDENT CHERRY, Hampton Roads Regional
Jail; MRS. ESTES, Health Services Admin.,
Prison Health Services,

                                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Rebecca Beach Smith, District
Judge.  (2:05-cv-00620-RBS)

Submitted:  February 22, 2007        Decided:  March 1, 2007

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wilson O. Rogers, III, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wilson O. Rogers, III, appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice for failure to comply with the court's order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Rogers v. Cherry, No. 2:05-cv-00620-RBS (E.D. Va. Aug. 9, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED